IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL A. JIMENEZ, | 1:07-cv-01191-LJO-GSA  (PC) |
| Plaintiff, | ORDER GRANTING FIRST MOTION TO EXTEND TIME TO SUBMIT |
| vs. | COMPLETED SERVICE DOCUMENTS |
| R. WENCIKER, et al., | (DOCUMENT #16) |
| Defendants. | 30-DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On January 28, 2009, plaintiff filed a motion to extend time to submit completed service documents.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to submit completed service documents, pursuant to the court's order of December 29, 2008.

IT IS SO ORDERED.

Dated:   February 6, 2009            /s/ Gary S. Austin
                                     UNITED STATES MAGISTRATE JUDGE