IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL A. JIMENEZ, | 1:07-cv-01191-LJO-GS A (PC) |
| Plaintiff, | ORDER GRANTING DEFENDANTS' MOTION TO EXTEND TIME TO FILE |
| vs. | RESPONSIVE PLEADING |
| R. WENCIKER, et al., | (Motion#26) |
| Defendants. | 30-DAY DEADLINE |

On April 23, 2009, defendants Wenciker, O'Brien, Tate, and Noyce requested an extension of time to file a pleading in response to the complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Defendants Wenciker, O'Brien, Tate, and Noyce are granted thirty (30) days from the date of service of this order in which to file a responsive pleading.

IT IS SO ORDERED.

Dated: **April 24, 2009**        /s/ **Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE